IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Vernon A. Williams, | ) | C/A No. 4:11-3450-TLW-KDW |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| City of Lake City, | ) | |
| Defendant. | ) | |

This matter comes before the court on the parties' Joint Motion for Confidentiality Order, filed June 7, 2012. ECF No. 19. The proposed Confidentiality Order presented by the parties appears to generally follow the structure of the form confidentiality order attached to the District's Revised Instructions for Use of Form Confidentiality Order dated April 22, 2005.[1] However, the motion does not include the required information regarding what variations on the form order, if any, the proposed order contains. *See id.* at 1.

Because the parties' motion does not comply with Local Civil Rule 26.08 (D.S.C.) and the District's Revised Instructions for Use of Form Confidentiality Order, the motion (ECF No. 19) is denied, without prejudice. If the parties wish to renew the motion, any such submission should be made in compliance with Rule 26.08 and the Revised Instructions.

IT IS SO ORDERED.

June 11, 2012
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge

---

[1] The Revised Instructions for Use of Form Confidentiality Order and Form Confidentiality Order are available through the Forms tab on the District's website.